UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: MARY SUE COLLINS,<br>    Debtor | Case No. 07-05238-BGC-13 |
| MARY SUE COLLINS,<br>    Plaintiff, | |
| vs. | AP No. |
| CASHCALL,<br>    Defendant. | |

## COMPLAINT

Plaintiff complains against the Defendant as follows:

1. Plaintiff filed a Chapter 13 bankruptcy case in this Court on November 14, 2007.

2. At the time of the filing of the Plaintiff's Chapter 13 petition, she was indebted to Defendant, CashCall.

3. Jurisdiction and venue of this adversary proceeding are appropriate in this court.

4. Defendant was properly noticed as a creditor in the Plaintiff's Chapter 13 case. In addition, Plaintiff's counsel called CashCall on November 14, 2007, to advise it of Defendant's Chapter 13 case, and immediately thereafter faxed a notice of bankruptcy filing to CashCall at the fax number it provided to Plaintiff's counsel.

5. Despite actual notice of Plaintiff's case, Defendant withdrew a payment from Plaintiff's checking account on November 16, 2007, in violation of 11 U.S.C. §362.

6. Plaintiff has suffered damages as a result of Defendant's conduct. Specifically, Plaintiff has been unable to pay her ordinary and necessary monthly expenses because of the Defendant's conduct, and has incurred attorney's fees.

7. Defendant's conduct was willful, malicious, contemptuous, and Plaintiff is entitled to compensatory and punitive damages and attorney's fees.

## PRAYER FOR RELIEF

Based on the foregoing, the Plaintiff requests the Court to issue a summons for service on the Defendant requiring the Defendant to answer this Complaint, for a trial of the issues raised

herein, and for the entry of a judgment requiring the Defendant to pay to the Plaintiff actual damages, punitive damages, and attorney's fees as may be just and equitable under the facts.

/s/ David Murphree
David Murphree (MUR028)
Attorney for Plaintiff
2 North 20th Street, Suite 1150
Birmingham, Alabama 35203
(205) 327-5555
