UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: MARY SUE COLLINS,<br>  Debtor | Case No. 07-05238-BGC-13 |
| MARY SUE COLLINS,<br>  Plaintiff, | |
| vs. | AP No. 07-231 |
| CASHCALL,<br>  Defendant. | |

## JOINT MOTION TO APPROVE COMPROMISE

  Plaintiff and Defendant jointly move the Court to approve their compromise reached in this matter. In support thereof, the parties state as follows:

  1. That this claim arises from a cause of action accruing after the filing of the Plaintiff's Chapter 13 case.

  2. That they have agreed to settle this matter as follows: 1) Defendant will pay to the Plaintiff the sum of $1,000.00. Payment shall be made to the attorney for the Plaintiff, who shall disburse the funds as follows: Two-thirds to the Plaintiff and one-third to the attorney for the Plaintiff. Plaintiff shall release Defendant of any and all liability on account of the acts complained of in Plaintiff's complaint.

  3. That a copy of the proposed "Agreed Order Approving Compromise" is attached hereto and incorporated herein by reference.

  4. That the settlement in this matter is fair and equitable considering the nature of Plaintiff's claim and Defendant's conduct. Further, the compromise set out herein does not result in an inequitable treatment of the unsecured creditors in the Plaintiff's Chapter 13 case.

  BASED ON THE FOREGOING, the Plaintiff and Defendant the Court to approve their compromise as set out herein.

                /s/ David Murphree
                David Murphree (MUR028)
                Attorney for Plaintiff
                2 North 20th Street, Suite 1150
                Birmingham, Alabama 35203

(205) 327-5555

/s/ Charles R. Johanson, III
Charles R. Johanson, Esq.
Attorney for Defendant
PO Box 11405
Birmingham AL 35202-1405

CERTIFICATE OF SERVICE

I certify that I served a copy of this motion on the entities listed on the attached mailing matrix and to the entities listed below this date: August 26, 2008.

Valrey W. Early, III, Esq.
Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203

/s/ David Murphree

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: MARY SUE COLLINS,<br>　　　Debtor | Case No. 07-05238-BGC-13 |
| MARY SUE COLLINS,<br>　　　Plaintiff, | |
| 　　　　　　vs. | AP No. 07-231 |
| CASHCALL,<br>　　　Defendant. | |

AGREED ORDER APPROVING COMPROMISE

　　The Plaintiff's and Defendant's Joint Motion to Approve Compromise having been considered and it appearing to the Court that said motion is due to be granted, it is hereby

　　ORDERED, ADJUDGED, AND DECREED that the Joint Motion to Approve Compromise is GRANTED; it is further ORDERED, ADJUDGED, AND DECREED as follows:

　　5.　　That, within 30 days of the entry of this order, 1) Defendant will pay to the Plaintiff the sum of $1,000.00. Payment shall be made to the attorney for the Plaintiff, who shall disburse the funds as follows: Two-thirds to the Plaintiff and one-third to the attorney for the Plaintiff. The Plaintiff shall release the Defendant for all liability arising on account of the facts alleged in the Plaintiff's Complaint and Amended Complaint.

　　DATE:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-2<br>Case 07-05238-BGC13<br>NORTHERN DISTRICT OF ALABAMA<br>Birmingham<br>Tue Aug 26 13:35:11 CDT 2008 | Mortgage Electronic Registration Systems, In<br>3415 Vision Drive<br>Columbus, OH 43219-6009 | PRA Receivables Management, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 |
| U. S. Bankruptcy Court<br>1800 5th Avenue North<br>Room 120<br>Birmingham, AL 35203-2100 | Arthur M. Stehens, Esq.<br>Stephens Millirons<br>2430 L&N Drive<br>Huntsville, AL 35801 | BANK OF AMERICA, N.A.<br>PO BOX 26012<br>NC4-105-03-14<br>GREENSBORO, NC 27420-6012 |
| Bank Of America<br>Nc-105-03-14<br>4161 Peidmont Parkway<br>Greensboro, NC 27410-8110 | CAPITAL ONE BANK<br>C/O TSYS DEBT MANAGEMENT<br>PO BOX 5155<br>NORCROSS, GA 30091-5155 | Capital 1 Bank<br>Attn: C/O TSYS Debt Management<br>Po Box 5155<br>Norcross, GA 30091-5155 |
| (p)CASHCALL INC<br>17360 BROOKHURST STREET<br>FOUNTAIN VALLEY CA 92708-3720 | Chase Home Finance<br>3415 Vision Dr<br>Columbus, OH 43219-6009 | Chase Manhattan Mtg<br>8333 Ridgepoint Dr<br>Irving, TX 75063-5812 |
| Compass Bank<br>PO Box 10566<br>Birmingham, AL 35296-0002 | JT Smallwood, Tax Collector<br>Room 160 Courthouse<br>716 Richard Arrington Jr Blvd N<br>Birmingham, AL 35203-0133 | Jc Penney<br>Ge Money/Attn: Bankruptcy Dept<br>4125 Windward Plaza, Building 300<br>Alpharetta, GA 30005-8738 |
| LVNV Funding LLC its successors and assigns<br>assignee of Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Mortgage Electronic Registration<br>3415 Vision Drive<br>Columbus, Ohio 43219-6009 | Mortgage Electronic Registration Systems, In<br>as nominee for Chase Home Finance, LLC<br>3415 Vision Drive<br>Columbus, Ohio 43219-6009 |
| Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | Washington Mutual / Providian<br>Attn: Bankruptcy Dept<br>Po Box 10467<br>Greenville, SC 29603-0467 | eCAST Settlement Corporation assignee of<br>GE Money Bank/JC Penney Consumer<br>POB 35480<br>Newark NJ 07193-5480 |
| D. Sims Crawford<br>P O Drawer 10848<br>Birmingham, AL 35202-0848 | David Murphree<br>2 North 20th Street<br>Suite 1150<br>Birmingham, AL 35203-4014 | Mary Sue Collins<br>1001 Sharp Drive<br>Birmingham, AL 35235-1426 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Cashcall Inc
17360 Brookhurst Street
Fountain Valley, CA 92708

End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23